# EXHIBIT 4

**CLAIM CHARTS FOR UNITED STATES PATENT NO. 12,478,892**

**Plaintiff's product:**



- Surface
- First Channel
- First sidewall of a first protrusion
- Second sidewall of a second protrusion
- Second Channel
- First sidewall of a first protrusion
- Second sidewall of a second protrusion

**Type 1 Infringing Product against claim 1 of U.S. Patent No. 12,478,892**

| | |
|---|---|
| A toy, comprising: | This is the preamble; "comprising" means including, but not limited to. |
| a platform defined by at least a surface, a first channel, and a second channel not rectilinearly parallel to the first channel, | *Defendants' infringing product has a platform defined by a surface with at least two channels not rectilinearly parallel.* |
| each of the first channel and the second channel including a first sidewall of a first protrusion extending from the surface and a second sidewall of a second protrusion extending from the surface, | *Each channel of Defendants' infringing product has a first and second sidewall extending from the surface.* |
| wherein optionally the first protrusion or the second protrusion of the first channel corresponds to one of the first protrusion or the second protrusion of the second channel; and | |
| a discrete flexible member being cylindrical along at least a partial length thereof and having a thickness such that a bulk of the discrete flexible member is releasably securable along the partial length thereof within the first channel or the second channel such that at least a portion of the discrete flexible member is curvilinear, wherein the discrete flexible member has a cross-sectional profile having a circumdiameter less than a length of the discrete flexible member. | *Defendants' infringing product includes at least one discrete flexible member for insertion into a channel.* |

**Type 2 Infringing Product against claim 1 of U.S. Patent No. 12,478,892**

| | |
|---|---|
| A toy, comprising: | This is the preamble; "comprising" means including, but not limited to. |
| a platform defined by at least a surface, a first channel, and a second channel not rectilinearly parallel to the first channel, | *Defendants' infringing product has a platform defined by a surface with at least two channels not rectilinearly parallel.* |
| each of the first channel and the second channel including a first sidewall of a first protrusion extending from the surface and a second sidewall of a second protrusion extending from the surface, | *Each channel of Defendants' infringing product has a first and second sidewall extending from the surface.* |
| wherein optionally the first protrusion or the second protrusion of the first channel corresponds to one of the first protrusion or the second protrusion of the second channel; and | |
| a discrete flexible member being cylindrical along at least a partial length thereof and having a thickness such that a bulk of the discrete flexible member is releasably securable along the partial length thereof within the first channel or the second channel such that at least a portion of the discrete flexible member is curvilinear, wherein the discrete flexible member has a cross-sectional profile having a circumdiameter less than a length of the discrete flexible member. | *Defendants' infringing product includes at least one discrete flexible member for insertion into a channel.* |

**Type 3 Infringing Product against claim 1 of U.S. Patent No. 12,478,892**

| | |
|---|---|
| A toy, comprising: | This is the preamble; "comprising" means including, but not limited to. |
| a platform defined by at least a surface, a first channel, and a second channel not rectilinearly parallel to the first channel, | *Defendants' infringing product has a platform defined by a surface with at least two channels not rectilinearly parallel.* |
| each of the first channel and the second channel including a first sidewall of a first protrusion extending from the surface and a second sidewall of a second protrusion extending from the surface, | *Each channel of Defendants' infringing product has a first and second sidewall extending from the surface.* |
| wherein optionally the first protrusion or the second protrusion of the first channel corresponds to one of the first protrusion or the second protrusion of the second channel; and | |
| a discrete flexible member being cylindrical along at least a partial length thereof and having a thickness such that a bulk of the discrete flexible member is releasably securable along the partial length thereof within the first channel or the second channel such that at least a portion of the discrete flexible member is curvilinear, wherein the discrete flexible member has a cross-sectional profile having a circumdiameter less than a length of the discrete flexible member. | *Defendants' infringing product includes at least one discrete flexible member for insertion into a channel.* |

**Type 4 Infringing Product against claim 1 of U.S. Patent No. 12,478,892**

| | |
|---|---|
| A toy, comprising: | This is the preamble; "comprising" means including, but not limited to. |
| a platform defined by at least a surface, a first channel, and a second channel not rectilinearly parallel to the first channel, | *Defendants' infringing product has a platform defined by a surface with at least two channels not rectilinearly parallel.* |
| each of the first channel and the second channel including a first sidewall of a first protrusion extending from the surface and a second sidewall of a second protrusion extending from the surface, | *Each channel of Defendants' infringing product has a first and second sidewall extending from the surface.* |
| wherein optionally the first protrusion or the second protrusion of the first channel corresponds to one of the first protrusion or the second protrusion of the second channel; and | |
| a discrete flexible member being cylindrical along at least a partial length thereof and having a thickness such that a bulk of the discrete flexible member is releasably securable along the partial length thereof within the first channel or the second channel such that at least a portion of the discrete flexible member is curvilinear, wherein the discrete flexible member has a cross-sectional profile having a circumdiameter less than a length of the discrete flexible member. | *Defendants' infringing product includes at least one discrete flexible member for insertion into a channel.* |