**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PUSHPEEL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:25-cv-01957-MRH |
| | ) | |
| SCHEDULE A DEFENDANTS, | ) | Honorable Mark R. Hornak |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DECLARATION OF MARTA S. ROCHA IN SUPPORT OF SUPPLEMENTAL BRIEF OF CERTAIN DEFENDANTS IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

I, Marta S. Rocha, declare as follows:

1.  I am an attorney at law licensed to practice in the State of California and Wisconsin and admitted pro hac vice to represent Defendants Numbers 6, 16, 21, 22, 24, 27, 32, 33, 36, 37, 41, 42, 46, 64, 65, 70, 81, 84, 199, 203, 205, 211, and 223 ("Defendants") in this action. I am an attorney at Valley & Summit Law, PC. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2.  I submit this declaration in support of the Supplemental Brief of Certain Defendants in Opposition to Plaintiff's Motion for a Preliminary Injunction.

3.  Attached hereto as Exhibit A is a true and correct copy of Chinese Utility Model Patent No. CN212282886, filed on December 16, 2019, along with a machine-generated English translation obtained from Google Patents. Due to the short timeline for this filing,

1

Defendants provide this machine translation to assist the Court and will supplement the record with a certified English translation as soon as practicable.

4. Attached hereto as Exhibit B is a true and correct copy of an Amazon.com product listing for a "Wooden Train Track Set," which displays an earliest publication and customer review date of July 30, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of April, 2026, in Madison, Wisconsin.

Dated: April 22, 2026                    Respectfully submitted,

                                         */s/ Marta Sylwia Rocha*
                                         Marta Sylwia Rocha (*pro hac vice*)
                                         Valley & Summit Law
                                         1 Park Plaza, Suite 600
                                         Irvine, CA 92614
                                         (909) 248-4522
                                         marta.rocha@valleysummitlaw.com
                                         Attorney for Defendants