# Exhibit A

(19) **中华人民共和国国家知识产权局**

(12) **实用新型专利**



(10) 授权公告号 CN 212282886 U

(45) 授权公告日 2021.01.05

(21) 申请号 201922259795.9

(22) 申请日 2019.12.16

(73) 专利权人 浙江农林大学
地址 311300 浙江省杭州市临安区武肃街
666号

(72) 发明人 琚思远　周欣怡　刘青春

(74) 专利代理机构 浙江永鼎律师事务所 33233
代理人 陆永强　张建

(51) Int.Cl.
*A63H 33/30* (2006.01)

权利要求书1页　说明书3页　附图3页

(54) 实用新型名称
模拟包粽子的玩具

(57) 摘要

本实用新型提供了一种模拟包粽子的玩具。它解决了现有的技术问题。本模拟包粽子的玩具，包括呈多面体的棕形本体，所述的棕形本体的外表面上开设有呈螺旋状且凹陷于棕形本体外表面的经线导槽，所述的棕形本体的外表面上还开设有至少一条与经线导槽两端相交且凹陷于棕形本体外表面的纬线导槽，所述的经线导槽和纬线导槽相连通并形成绕线通道，所述的绕线通道内绕设有包装绳，且当所述的包装绳绕设于绕线通道后所述的包装绳的两端的延伸线在经线导槽和纬线导槽的任一交点处相交。本实用新型具有结构简单，能够模拟包粽子扎线过程等优点。



CN 212282886 U

1.一种模拟包粽子的玩具,其特征在于,包括呈多面体的棕形本体(1),所述的棕形本体(1)的外表面上开设有呈螺旋状且凹陷于棕形本体(1)外表面的经线导槽(2),所述的棕形本体(1)的外表面上还开设有至少一条与经线导槽(2)两端相交且凹陷于棕形本体(1)外表面的纬线导槽(3),所述的经线导槽(2)和纬线导槽(3)相连通并形成绕线通道(4),所述的绕线通道(4)内绕设有包装绳(5),且当所述的包装绳(5)绕设于绕线通道(4)后所述的包装绳(5)的两端的延伸线在经线导槽(2)和纬线导槽(3)的任一交点处相交。

2.根据权利要求1所述的模拟包粽子的玩具,其特征在于,所述的包装绳(5)的两端分别设有一个磁吸搭扣(6),且所述的磁吸搭扣(6)与包装绳(5)的端部固定连接。

3.根据权利要求2所述的模拟包粽子的玩具,其特征在于,所述的包装绳(5)由无弹材料制成;或者,所述的包装绳(5)由弹性材料制成,且所述的绕线通道(4)的横截面呈优弧状。

4.根据权利要求1所述的模拟包粽子的玩具,其特征在于,所述的棕形本体(1)为四面体,所述的经线导槽(2)呈螺旋状环绕在棕形本体(1)其中三个相邻的外表面上。

5.根据权利要求4所述的模拟包粽子的玩具,其特征在于,所述的经线导槽(2)和纬线导槽(3)端点相交的两个交点位于同一个外表面上。

6.根据权利要求5所述的模拟包粽子的玩具,其特征在于,所述的纬线导槽(3)在棕形本体(1)上外表面上的槽深大小大于经线导槽(2)在棕形本体(1)上外表面上的槽深大小。

7.根据权利要求1所述的模拟包粽子的玩具,其特征在于,所述的棕形本体(1)由木头或竹子或塑料制成,且所述的棕形本体(1)为一体式或分体式结构。

# 模拟包粽子的玩具

**技术领域**

[0001] 本实用新型属于玩具技术领域,尤其涉及一种模拟包粽子的玩具。

**背景技术**

[0002] 粽子,即粽籺,是籺的一种,又称"角黍"、"筒粽",由粽叶包裹糯米蒸制而成,是中华民族传统节庆食物之一。粽子早在春秋之前就已出现,最初是用来祭祀祖先和神灵。到了晋代,粽子成为端午节庆食物。端午食粽的风俗,千百年来,在中国盛行不衰,而且流传到朝鲜、日本及东南亚诸国。因地区不同,由材料以至粽叶,都有着很大的差别,连"裹"的形状,也有很大的不同,如早期人们盛行以牛角祭天,因此汉晋时的粽子,多做成角形,作为祭祖用品之一。粽子的传统形式为三角形,一般根据内瓤命名。然而随着时代的发展,粽子也开始机械化生产,越来越多的年轻人不会了包粽子这一传统中华手艺,尤其是在包扎粽线时经常会由于缺乏经验而导致的粽子再次散开。

[0003] 针对这一问题,人们在长期的生产生活实践中也进行了探索研究,例如,中国实用新型专利公开了一种包粽子模具[申请号:CN201620587919.X],该实用新型专利包括:第一正四边形锥体模,所述第一正四边形锥体模的底面具有第一开口;第二正四边形锥体模,所述第二正四边形锥体模的底面具有第二开口具有第二开口;连接第一正四边形锥体模的顶端以及第二正四边形锥体模的顶端的过渡部。

[0004] 上述的方案在一定程度上改进了现有技术的部分问题,但是,该方案还至少存在以下缺陷:无法模拟包粽子扎线过程。

**发明内容**

[0005] 本实用新型的目的是针对上述问题,提供一种能够模拟包粽子扎线过程的模拟包粽子的玩具。

[0006] 为达到上述目的,本实用新型采用了下列技术方案:本模拟包粽子的玩具,包括呈多面体的棕形本体,所述的棕形本体的外表面上开设有呈螺旋状且凹陷于棕形本体外表面的经线导槽,所述的棕形本体的外表面上还开设有至少一条与经线导槽两端相交且凹陷于棕形本体外表面的纬线导槽,所述的经线导槽和纬线导槽相连通并形成绕线通道,所述的绕线通道内绕设有包装绳,且当所述的包装绳绕设于绕线通道后所述的包装绳的两端的延伸线在经线导槽和纬线导槽的任一交点处相交。

[0007] 棕形本体上的绕线通道能够模拟包粽子的绕线路径,使用时,将包装绳的一端先置入纬线导槽与经线导槽一个交点处,由于纬线导槽和经线导槽相连通,包装绳的另一端绕出纬线导槽的另一端部并螺旋缠绕在经线导槽内,包装绳的另一端完成一个螺旋缠绕后与置入纬线导槽的一段相交,然后进行包扎,即可模拟一次包扎粽线的流程,结构简单,操作方便。

[0008] 在上述的模拟包粽子的玩具中,所述的包装绳的两端分别设有一个磁吸搭扣,且所述的磁吸搭扣与包装绳的端部固定连接。通过磁吸搭扣能够让包装绳的两端不用通过打

结直接吸附相连,包扎更加方便,且便于拆卸。

[0009] 在上述的模拟包粽子的玩具中,所述的包装绳由无弹材料制成;或者,所述的包装绳由弹性材料制成,且所述的绕线通道的横截面呈优弧状。优选地,这里的包装绳的长度与绕线通道的周向相等,并且为无弹材料,使得包扎后包装绳两端能够正好吸附不会有剩余,节省材料成本。

[0010] 在上述的模拟包粽子的玩具中,所述的棕形本体为四面体,所述的经线导槽呈螺旋状环绕在棕形本体其中三个相邻的外表面上。

[0011] 在上述的模拟包粽子的玩具中,所述的经线导槽和纬线导槽端点相交的两个交点位于同一个外表面上。包装绳缠绕后两端位于同一面上能够提高包扎的稳定性。

[0012] 在上述的模拟包粽子的玩具中,所述的纬线导槽在棕形本体上外表面上的槽深大小大于经线导槽在棕形本体上外表面上的槽深大小。在缠绕时由于是先置入纬线导槽,在完成经线导槽的缠绕后,包装绳位于纬线导槽和经线导槽相重合的部分能够不受干涉,不需要重叠在一次,因此让包扎后的棕形本体的外表面更加平整,且能够让缠绕后的包装绳能够更加稳定。

[0013] 在上述的模拟包粽子的玩具中,所述的棕形本体由木头或竹子或塑料制成,且所述的棕形本体为一体式或分体式结构。呈分体式结构是,棕形本体为拼接而成,能够减少运输成本。

[0014] 与现有的技术相比,本模拟包粽子的玩具的优点在于:结构简单,设计合理,通过在绕线通道的固定线路上缠绕包装绳能够模拟扎粽线的具体过程,让不会包粽子的人群更够学习包粽子的过程,且操作方便。

## 附图说明

[0015] 图1是本实用新型提供的结构示意图;

[0016] 图2是本实用新型提供的棕形本体的结构示意图;

[0017] 图3是本实用新型提供的缠绕路径的示意图;

[0018] 图中,棕形本体1、经线导槽2、纬线导槽3、绕线通道4、包装绳5、磁吸搭扣6。

## 具体实施方式

[0019] 下面结合附图和具体实施方式对本实用新型做进一步详细的说明。

[0020] 如图1-3所示,本模拟包粽子的玩具,包括呈多面体的棕形本体1,棕形本体1的外表面上开设有呈螺旋状且凹陷于棕形本体1外表面的经线导槽2,棕形本体1的外表面上还开设有至少一条与经线导槽2两端相交且凹陷于棕形本体1外表面的纬线导槽3,经线导槽2和纬线导槽3相连通并形成绕线通道4,绕线通道4内绕设有包装绳5,且当包装绳5绕设于绕线通道4后包装绳5的两端的延伸线在经线导槽2和纬线导槽3的任一交点处相交。

[0021] 棕形本体1上的绕线通道4能够模拟包粽子的绕线路径,使用时,将包装绳5的一端先置入纬线导槽3与经线导槽2一个交点处,由于纬线导槽3和经线导槽2相连通,包装绳5的另一端绕出纬线导槽3的另一端部并螺旋缠绕在经线导槽2内,包装绳5的另一端完成一个螺旋缠绕后与置入纬线导槽3的一段相交,然后进行包扎,即可模拟一次包扎粽线的流程,结构简单,操作方便。

[0022]　　优选地,包装绳5的两端分别设有一个磁吸搭扣6,且磁吸搭扣6与包装绳5的端部固定连接,通过磁吸搭扣6能够让包装绳5的两端不用通过打结直接吸附相连,包扎更加方便,且便于拆卸。

[0023]　　进一步地,包装绳5由无弹材料制成;或者,包装绳5由弹性材料制成,且所述的绕线通道的横截面呈优弧状。优选地,当包装绳5由无弹材料制成时,绕线通道4的横截面呈半圆形且横截面积大于包装绳的横截面积,这里的包装绳5的长度与绕线通道的周向相等,并且为无弹材料,使得包扎后包装绳5两端能够正好吸附不会有剩余,节省材料成本。

[0024]　　更进一步地,棕形本体1为四面体,经线导槽2呈螺旋状环绕在棕形本体1其中三个相邻的外表面上,经线导槽2和纬线导槽3端点相交的两个交点位于同一个外表面上,包装绳5缠绕后两端位于同一面上能够提高包扎的稳定性。

[0025]　　纬线导槽3在棕形本体1上外表面上的槽深大小大于经线导槽2在棕形本体1上外表面上的槽深大小,在缠绕时由于是先置入纬线导槽3,在完成经线导槽2的缠绕后,包装绳位于纬线导槽3和经线导槽2相重合的部分能够不受干涉,不需要重叠在一次,因此让包扎后的棕形本体1的外表面更加平整,且能够让缠绕后的包装绳5能够更加稳定。

[0026]　　此外,棕形本体1由木头或竹子或塑料制成,且棕形本体1为一体式或分体式结构,呈分体式结构是,棕形本体1为拼接而成,能够减少运输成本。

[0027]　　本文中所描述的具体实施例仅仅是对本实用新型精神作举例说明。本实用新型所属技术领域的技术人员可以对所描述的具体实施例做各种各样的修改或补充或采用类似的方式替代,但并不会偏离本实用新型的精神或者超越所附权利要求书所定义的范围。

[0028]　　尽管本文较多地使用了棕形本体1、经线导槽2、纬线导槽3、绕线通道4、包装绳5、磁吸搭扣6等术语,但并不排除使用其它术语的可能性。使用这些术语仅仅是为了更方便地描述和解释本实用新型的本质;把它们解释成任何一种附加的限制都是与本实用新型精神相违背的。



图1



图2



图3

## Abstract

The utility model provides a toy for simulating rice dumplings. It solves existing technical problems. The toy for simulating rice dumplings includes a polyhedral brown-shaped body, the outer surface of the brown-shaped body is provided with a warp guide groove in a spiral shape and recessed on the outer surface of the brown-shaped body. The outer surface is also provided with at least one weft thread guide groove intersecting with both ends of the warp thread guide groove and recessed on the outer surface of the brown-shaped body. The warp thread guide groove and the weft thread guide groove are connected to form a winding channel. A wrapping rope is wound in the thread channel, and when the wrapping rope is wound around the thread winding channel, the extension lines at both ends of the wrapping rope intersect at any intersection of the warp thread guide groove and the weft thread guide groove. The utility model has the advantages of simple structure and can simulate the process of wrapping rice dumplings and tying a thread.



### CN212282886U
China

Download PDF    Find Prior Art    Similar

**Other languages:** Chinese
**Inventor:** 琚思远 周欣怡 刘青春
**Current Assignee :**

**Worldwide applications**

2019  ~~CN~~

**Application CN201922259795.9U events** ⑦

| | |
|---|---|
| 2019-12-16 | Application filed by Jiyang College of Zhejiang A&F University |
| 2019-12-16 | Priority to CN201922259795.9U |
| 2021-01-05 | Application granted |
| 2021-01-05 | Publication of CN212282886U |
| Status | Expired - Fee Related |
| 2029-12-16 | Anticipated expiration |

**Info:** Legal events  Similar documents  Priority and Related Applications

**External links:** Espacenet  Global Dossier  Discuss

## Images (3)



## Landscapes

### Wrappers

Show more

## Claims (7)                                                                                    Hide Dependent ˄

1. a toy for simulating rice dumplings, is characterized in that, comprises the brown body (1) that is polyhedron, and the outer surface of described brown body (1) is provided with spiral shape and is recessed in the brown body (1). 1) The warp guide groove (2) on the outer surface, the outer surface of the brown-shaped body (1) is also provided with at least one wire that intersects with both ends of the warp guide groove (2) and is recessed outside the brown-shaped body (1). The weft thread guide groove (3) on the surface, the warp thread guide groove (2) and the weft thread guide groove (3) are connected to form a winding channel (4), and a package is wound in the winding channel (4). rope (5), and when the packaging rope (5) is wound around the winding channel (4), the extension lines at both ends of the packaging rope (5) are in the warp guide groove (2) and the weft guide groove ( 3) at any intersection. 2. The toy for simulating rice dumplings according to claim 1, wherein the two ends of the wrapping rope (5) are respectively provided with a magnetic snap (6), and the magnetic snap (6) It is fixedly connected with the end of the packing rope (5). 3. The toy for simulating rice dumplings according to claim 2, characterized in that, the wrapping rope (5) is made of non-elastic material; or the wrapping rope (5) is made of elastic material, And the cross section of the winding channel (4) is in the shape of an arc. 4. The toy for simulating rice dumplings according to claim 1, wherein the brown body (1) is a tetrahedron, and the warp guide groove (2) is helically surrounded by the brown body (1). 1) Three of the adjacent outer surfaces. 5 . The toy for simulating rice dumplings according to claim 4 , wherein the two intersection points where the end points of the warp guide groove ( 2 ) and the weft guide groove ( 3 ) intersect are located on the same outer surface. 6 . 6. The toy for simulating rice dumplings according to claim 5, wherein the groove depth of the weft guide groove (3) on the upper outer surface of the brown body (1) is larger than the warp guide groove (2) The size of the groove depth on the outer surface of the brown body (1). 7. The toy of simulating rice dumplings according to claim 1, wherein the brown body (1) is made of wood or bamboo or plastic, and the brown body (1) is one-piece on split structure.

**Description**

Toy simulating rice dumpling wrapping

Technical Field

The utility model belongs to the technical field of the toy, especially, relate to a toy of simulation package zongzi.

Background

The rice dumpling, namely rice dumpling , is , also called as 'cornus paniculata' or 'rice dumpling' and is made by wrapping glutinous rice with rice dumpling leaves and steaming, and is one of the traditional festival foods of Chinese nation. The rice dumpling appeared as early as spring and autumn, and was originally used for sacrifice of ancestors and spirit. By the jin generation, the rice dumplings become the food for festival celebration at noon. The popular way of eating traditional Chinese rice-puddings at noon is that the traditional Chinese rice-puddings have been popular in China for hundreds of years and are spread to korea, Japan and the countries of southeast Asia. Because of different regions, the zongzi leaves made of materials have great difference, and the zongzi leaves have great difference even in the shape of wrapping, for example, people in early days are predominantly worried with oxhorn, so the zongzi in the promotion of Han is mostly made into an angular shape and is one of the ancestor worries. Traditional forms of rice dumplings are triangular and are generally named according to the inner pulp. However, with the development of the times, the rice dumplings are also produced mechanically, more and more young people cannot wrap the traditional Chinese handicraft of the rice dumplings, and the rice dumplings are often scattered again due to inexperience particularly when wrapping rice dumpling lines.

In response to this problem, people have also conducted research and study in long-term production and life practices, for example, the chinese utility model patent discloses a mold for wrapping rice dumplings [ application number: cn201620587919.x ], the utility model patent includes: the bottom surface of the first regular quadrangular pyramid mould is provided with a first opening; the bottom surface of the second regular quadrangular conical die is provided with a second opening which is provided with a second opening; and the transition part is connected with the top end of the first regular quadrangular pyramid mould and the top end of the second regular quadrangular pyramid mould.

The solution described above improves to some extent some of the problems of the prior art, but it also has at least the following drawbacks: the process of binding the rice dumplings can not be simulated.

Disclosure of Invention

The utility model aims at the above problem, provide a can simulate the toy of a simulation package zongzi of package zongzi binding process.

In order to achieve the above purpose, the utility model adopts the following technical proposal: this simulation package zongzi's toy, including the palm shape body that is the polyhedron, the surface of palm shape body on offer and be the heliciform and cave in the warp guide slot of palm shape body surface, the surface of palm shape body on still offer at least one and warp guide slot both ends crossing and cave in the weft guide slot of palm shape body surface, warp guide slot and weft guide slot be linked together and form the wire winding passageway, the wire winding passageway in around being equipped with packing rope, and work as packing rope around locating behind the wire winding passageway the extension line at the both ends of packing rope intersect in the arbitrary intersection department of warp guide slot and weft guide slot.

The wire winding route of package zongzi can be simulated to the wire winding passageway on the palm shape body, during the use, put into the crossing department of weft guide slot and warp guide slot earlier with the one end of baling rope, because weft guide slot and warp guide slot are linked together, another tip and the spiral winding of weft guide slot are out to the other end of baling rope in the warp guide slot, the other end of baling rope accomplishes one spiral winding back and is crossing with one section of putting into the weft guide slot, then wrap, can simulate once the flow of wrapping the zongzi line, moreover, the steam generator is simple in structure, and convenient for operation.

In the toy for simulating rice dumpling wrapping, the two ends of the packaging rope are respectively provided with the magnetic hasp, and the magnetic hasp is fixedly connected with the end part of the packaging rope. Through magnetism inhale the hasp can let the both ends of baling rope need not link to each other through the direct absorption of knoing, wrap more conveniently, and convenient to detach.

In the toy simulating rice dumpling wrapping, the packaging rope is made of a non-elastic material; or the packing rope is made of elastic materials, and the cross section of the winding channel is in a major arc shape. Preferably, the length of the packing rope is equal to the circumferential direction of the winding channel, and the packing rope is made of elastic-free materials, so that the two ends of the packing rope can be just adsorbed without surplus after being bound, and the material cost is saved.

In the toy for simulating rice dumpling wrapping, the palm-shaped body is a tetrahedron, and the warp guide grooves spirally surround three adjacent outer surfaces of the palm-shaped body.

In the toy for simulating rice dumpling wrapping, two intersection points of the intersection of the end points of the warp guide groove and the weft guide groove are positioned on the same outer surface. The wrapping stability can be improved by arranging the two ends of the wrapping rope on the same surface after the wrapping rope is wound.

In the toy for simulating rice dumpling wrapping, the groove depth of the weft guide groove on the upper outer surface of the palm-shaped body is larger than the groove depth of the warp guide groove on the upper outer surface of the palm-shaped body. Owing to put into the weft guide slot earlier when the winding, after the winding of accomplishing the warp guide slot, the part that the baling rope is located weft guide slot and warp guide slot coincidence mutually can not receive the interference, need not overlap once, consequently lets the surface of the palm shape body after wrapping more level and more smooth, and can let the baling rope after the winding can be more stable.

In the toy for simulating rice dumpling wrapping, the palm-shaped body is made of wood or bamboo or plastic, and the palm-shaped body is of an integrated or split structure. The split structure is that the palm-shaped body is formed by splicing, so that the transportation cost can be reduced.

Compared with the prior art, the toy of this simulation package zongzi's advantage lies in: simple structure, reasonable in design can simulate the concrete process of pricking the zongzi line through the winding baling rope on the fixed line of wire winding passageway, lets the crowd that can not wrap the zongzi more enough study the process of wrapping the zongzi, and convenient operation.

Drawings

FIG. 1 is a schematic structural view provided by the present invention;

fig. 2 is a schematic structural view of the palm-shaped body provided by the present invention;

fig. 3 is a schematic diagram of a winding path provided by the present invention;

in the figure, a palm-shaped body 1, a warp guide groove 2, a weft guide groove 3, a winding channel 4, a packing rope 5 and a magnetic hasp 6.

Detailed Description

The present invention will be described in further detail with reference to the accompanying drawings and specific embodiments.

As shown in fig. 1-3, the simulated rice dumpling wrapping toy comprises a polyhedral palm-shaped body 1, wherein a warp guide groove 2 which is spiral and is recessed in the outer surface of the palm-shaped body 1 is formed in the outer surface of the palm-shaped body 1, at least one weft guide groove 3 which is intersected with the two ends of the warp guide groove 2 and is recessed in the outer surface of the palm-shaped body 1 is further formed in the outer surface of the palm-shaped body 1, the warp guide groove 2 is communicated with the weft guide groove 3 to form a winding channel 4, a packing rope 5 is wound in the winding channel 4, and when the packing rope 5 is wound in the winding channel 4, extension lines at the two ends of the packing rope 5 are intersected at any intersection point of the warp guide groove 2 and the weft guide groove 3.

Winding route of package zongzi can be simulated to wire winding passageway 4 on the palm shape body 1, during the use, put into weft guide slot 3 earlier with 2 crossing points of warp guide slot with the one end of baling rope 5, because weft guide slot 3 is linked together with warp guide slot 2, another tip and the spiral winding of weft guide slot 3 are out to the other end of baling rope 5 in warp guide slot 2, after accomplishing a spiral winding, one section crossing with putting into weft guide slot 3 to the other end of baling rope 5, then wrap, can simulate once the flow of wrapping the zongzi line, moreover, the steam generator is simple in structure, and convenient for operation.

Preferably, the hasp 6 is inhaled to both ends of baling rope 5 is equipped with a magnetism respectively, and the tip fixed connection of hasp 6 and baling rope 5 is inhaled to magnetism, inhales hasp 6 through magnetism and can let baling rope 5's both ends need not link to each other through the direct absorption of knoing, wraps up more conveniently, and convenient to detach.

Further, the packing string 5 is made of a non-elastic material; or, the packing rope 5 is made of elastic material, and the cross section of the winding channel is in a major arc shape. Preferably, when the packing rope 5 is made of a non-elastic material, the cross section of the winding channel 4 is semicircular and is larger than that of the packing rope, the length of the packing rope 5 is equal to the circumferential direction of the winding channel, and the packing rope is made of the non-elastic material, so that the two ends of the packing rope 5 can be adsorbed right after being bound without surplus, and the material cost is saved.

Furthermore, the palm-shaped body 1 is a tetrahedron, the warp guide grooves 2 are spirally wound on three adjacent outer surfaces of the palm-shaped body 1, two intersection points of end points of the warp guide grooves 2 and the weft guide grooves 3 are located on the same outer surface, and two ends of the packing ropes 5 are located on the same surface after being wound, so that the wrapping stability can be improved.

The groove depth of the weft guide groove 3 on the outer surface of the palm-shaped body 1 is larger than that of the warp guide groove 2 on the outer

surface of the palm-shaped body 1, the weft guide groove 3 is firstly arranged when winding, after the warp guide groove 2 is wound, the part of the packing rope, which is positioned on the weft guide groove 3 and coincides with the warp guide groove 2, can not be interfered, and does not need to be overlapped once, so that the outer surface of the wrapped palm-shaped body 1 is more smooth, and the packing rope 5 after winding can be more stable.

In addition, palm shape body 1 is made by wood or bamboo or plastics, and palm shape body 1 formula as an organic whole or split type structure is split type structure, is that palm shape body 1 forms for the concatenation, can reduce the cost of transportation.

The specific embodiments described herein are merely illustrative of the spirit of the invention. Various modifications, additions and substitutions for the specific embodiments described herein may be made by those skilled in the art without departing from the spirit of the invention or exceeding the scope of the invention as defined in the accompanying claims.

Although the terms brown body 1, warp guide groove 2, weft guide groove 3, winding channel 4, packing rope 5, magnetic snap 6, etc. are used more often herein, the possibility of using other terms is not excluded. These terms are used merely to more conveniently describe and explain the nature of the present invention; they are to be construed in a manner that is inconsistent with the spirit of the invention.

## Similar Documents

| Publication | Publication Date | Title |
| --- | --- | --- |
| US4774113A | 1988-09-27 | Artificial tree limb |
| CN212282886U | 2021-01-05 | Toys that simulate dumplings |
| US4319941A | 1982-03-16 | Decorative butterfly and method of construction |
| US2535818A | 1950-12-26 | Doll and method of making same |
| US2655017A | 1953-10-13 | Frame for making scalloped crochet edging |
| US463900A | 1891-11-24 | Artificial fruit |
| US4321291A | 1982-03-23 | Decorative butterfly and method of construction |
| CN205872906U | 2017-01-11 | Tealeaves packing |
| CN204443583U | 2015-07-08 | A kind of pet toy ball of braiding |
| CN206965144U | 2018-02-06 | A kind of bent magnetic playset |
| CN204240870U | 2015-04-01 | A kind of combined type Whistling firecracker |
| KR810000503Y1 | 1981-05-19 | Plush toys |
| CN202233191U | 2012-05-30 | Knitting wool pistil and knitting wool crochet |
| CN207260135U | 2018-04-20 | A kind of shore protection imitation wood stake |
| CN105901759A | 2016-08-31 | Novel rice dumpling wrapping mold and using method |
| CN202739101U | 2013-02-20 | headband |
| JPS644867Y2 | 1989-02-07 | |
| US2631396A | 1953-03-17 | Artificial flower |
| CN206853135U | 2018-01-09 | A kind of walnut Toy vehicle |
| CN206424560U | 2017-08-22 | A kind of Interesting toy |
| CN105500981B | 2018-05-18 | A kind of weaving method of craftwork |
| JPH0132872Y2 | 1989-10-05 | |
| CN201709236U | 2011-01-19 | Pet toy |

| CN208199364U | 2018-12-07 | A kind of damp proof mould proof colored toy blister packaging product |
| JP3038141U | 1997-06-06 | Christmas tree and Kadomatsu |

## Priority And Related Applications

### Priority Applications (1)

| Application | Priority date | Filing date | Title |
| --- | --- | --- | --- |
| CN201922259795.9U | 2019-12-16 | 2019-12-16 | Toys that simulate dumplings |

### Applications Claiming Priority (1)

| Application | Filing date | Title |
| --- | --- | --- |
| CN201922259795.9U | 2019-12-16 | Toys that simulate dumplings |

## Legal Events

| Date | Code | Title | Description |
| --- | --- | --- | --- |
| 2021-01-05 | GR01 | Patent grant | |
| 2021-01-05 | GR01 | Patent grant | |
| 2022-11-29 | CF01 | Termination of patent right due to non-payment of annual fee | **Granted publication date**: 20210105 <br> **Termination date**: 20211216 |
| 2022-11-29 | CF01 | Termination of patent right due to non-payment of annual fee | |