

# Exhibit B

All    Amazon Haul    Medical Care ▾    Amazon Basics    Best Sellers    Books    Prime ▾    Today's Deals    Gift Cards ▾    Sell    Groceries ▾

Toys & Games    Shop Toys by Character    Shop Best Selling Toys    Shop Newly Released Toys    Shop Amazon Exclusive Toys    Shop Toy Deals    Create a Gift List

Shop ROKR

Sponsored

## Consider these available items

 Tiny Land 110PCS Wooden Train Set – Toy Train with Tracks for

 KipiPol Wooden Train Set - 69 Pieces Wooden Train Tracks & Trains for

 SainSmart Jr. Wooden Train Set for Toddler with Double-Side Train

Delivering to Sun Prairie 53590    Toys & Games ▾    Search Amazon    EN ▾    Hello, sign in    Returns    0
Update location                                                            Account & Lists ▾    & Orders

Toys & Games › Vehicles › Vehicle Playsets › Train Sets



Click to see full view

### maxim enterprise, inc. Wooden Train Track Set, 37 Pieces Figure 8 Train Track with Wooden Engine and Magnet Connect Cars, Expansion Railway Track Compatible with Thomas & Friends and All Major Brands

Visit the Maxim Enterprise Store
4.3          (12)

## Currently unavailable.
We don't know when or if this item will be back in stock.

- 37-Peice Figure 8 Wooden Train Set: Experience the ultimate in wooden train sets with our 37-piece Figure 8 Wooden Train Set. This train set includes a detailed red engine, two colorful passenger cars, and all the wooden track pieces needed for a Figure 8 layout. With smooth-rolling wheels and built-in magnets, this set

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Delivering to Sun Prairie 53590 - Update location

[ Add to List ]



Tiny Land Wooden Train Set for...
4.7          8,076
$24⁹⁹

Sponsored

offers generations of imaginative play for boys and girls aged 3 and up.

- High-quality Hardwood Craftsmanship: Our commitment to quality shines through with the meticulous craftsmanship. These wooden train track pieces are manufactured from 100% hardwood to withstand the test of time. Our wooden train track and brio railway accessories ensure sturdiness, durability, and a smooth finish, making them perfect for play and a lasting addition to your collection.

- Train Set Compatible with Major Brands: The wooden track, train cars, and accessories seamlessly work with popular brands such as Thomas and Friends, BRIO, and Melissa & Doug. You can expand or enhance your existing train collection with high-quality components that offer an upgrade in quality and design. It's a versatile choice for enthusiasts to create a comprehensive wooden train world.

- Beautifully Detailed Engines and Cars: The red engine, inspired by Thomas the Train, boasts full-size wheels that effortlessly glide along the grooved wooden train track set. The addition of big mirror hubcaps enhances the visual appeal. With magnetic connectors, these wooden toys stay securely attached during play, ensuring a hassle-free experience. Everything that you see in the photograph is included.

- Maxim Enterprise, Quality You Can Trust: Our goal is to create a world through which you can create a safe, healthy, and imaginative environment for children everywhere. Our traditional wooden toys are designed to be passed down from generation to generation, spreading the gift of learning

through play. Our creations
are bright, fun, educational,
and cares for nature.

› See more product details

## Additional Details



**Small Business**
This product is from a
small busi... Learn more

Report an issue with this
product or seller

## 4+ star item to consider

Amazon's Choice



Amazon Basics
120 Piece Wooden
Train Set with
Activity Table,
Sturdy Tracks,
Storage Bin, Easy
to Assemble, Kids
Gift for Age 3Y+,
47.44 x 33.46 x
16.14 in

(703)

$125.99

1 sustainability
feature

Sponsored

## Products related to this item   Sponsored ⓘ











3D Gravity-Defying Electric Train Set – 140 Pcs DIY Flexible Cube Track, Build Any …
2
**-7%** $64⁹⁹
List: $69.99

123PCS Magnetic Cube Track Train Set for Toddlers – 3D Vertical STEM Building Block…
14
**-29%** $60⁰⁰
List: $85.00

Save 5% with coupon

Electric Train Set 3D Track for Kids 3–8 Years Old, 88 Pcs Building Toy Train Track…
159
$39⁹⁹

Save $6.00 with coupon

Gravity-Defying Electric Rail Car Toy, 3D Magnetic Building Track Set for Kids 3–12…
20
$33⁹⁹

Save 20% with coupon

2-in-1 Train Set & Building Block Table for Toddlers, Reversible Activity Desk with…
74
Amazon's Choice
$129⁹⁹

Save $30.00 with coupon

---

## Product description

    

| | **Complete Wooden Train Set** | **Huge Wooden Train Set** | **Figure 8 Wooden Train Set** | **Wooden Train Set with Play Table** | **Wooden Train Set** |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Buying Options | Buying Options | Buying Options |
| Customer Reviews | 228 | 28 | 12 | 130 | — |
| Price | $39⁹⁸ | $74⁹⁸ | — | — | — |
| Pieces | 60 Piece Set | 100 Piece Set | 32 Piece Set | 62 Piece Set | 40 Piece Set |
| Age | 3+ Years | 3+ Years | 3+ Years | 3+ Years | 3+ Years |
| Material | 100% Hardwood | 100% Hardwood | 100% Hardwood | 100% Hardwood | 100% Hardwood |

# Product information

## Item details

## User guide

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Feedback**

Would you like to **tell us about a lower price?**

## Features & Specs

## Style

## Measurements

## Materials & Care

## Product Videos

Maxim Enterprise, Inc.
Maxim Product Video



## WARNING:

CHOKING HAZARD — Small parts. Not for children under 3 yrs.

## What's in the box

- Wooden Train Set with Wooden Train Tracks

## Important information

### Safety Information

3+

---

## Products related to this item <span style="font-size:smaller">Sponsored ⓘ</span>

    

| | | | | |
|---|---|---|---|---|
| Electric Train Sets for Kids Christmas Train Toys Steam Locomotive Passenger Carria... | 2-in-1 Train Set & Building Block Table for Toddlers, Reversible Activity Desk with... | Electric Train Set with Flexible Race Track for Kids 4-8,87PCS Infinity Racer 3D Ma... | SOCBTNSO KlickRail 3D STEM Electric Train Set for Kids, Infinity Racer Train Cube T... | 3D Gravity-Defying Electric Train Set – 140 Pcs DIY Flexible Cube Track, Build Any ... |
| 32 | 74 | 13 | 2 | 2 |
| -5% $56⁹⁹ | Amazon's Choice | $49⁹⁹ | $72⁹⁹ | -7% $64⁹⁹ |
| Typical price: $59.99 | $129⁹⁹ | | | List: $69.99 |
| | Save $30.00 with coupon | | | |

<span style="float:right">Sponsored</span>

## Similar brands on Amazon

Sponsored







Electric Train Set for Toddlers 3-5 4-8 with Train Tracks Set Lights Up Steam...

4.5            131

$27.99

110PCS Wooden Train Set – Toy Magnetic Trains with Wooden Track Se...

4.8            548

**20% off**   **Limited time deal**

$47.99  Typical: ~~$59.99~~

# Customer reviews

### 4.3 out of 5

12 global ratings

| | | |
|---|---|---|
| 5 star | | 74% |
| 4 star | | 13% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 13% |

How customer reviews and ratings work

Sponsored

## Reviews with images

See all photos ›

## Top reviews from the United States

Mr. Bone

**FUN FOR YEARS TO COME**

Reviewed in the United States on February 1, 2018

**Verified Purchase**

Not even gonna lie, I had a blast with this train set!! I purchased it as a gift for my two year old. She loves trains. She also loves causing mayhem, so I purchased this set along with the Orbrium Expansion set, and combined I was able to make a small town as you can see below. She loved all of it, and though the town only lasted a good hour, she's been having plenty of fun rebuilding the tracks and making new sets of tracks for her trains to follow. And the best part is, you can always add to the train set for years to come, as I found this set is compatible with the above mentioned Orbrium line, and Brio, which has an extensive assortment of anything from bridges to airports and subways.

  

 Helpful        Report

Crystal Ellis

**Perfect gift from Santa**

Reviewed in the United States on December 9, 2017
**Verified Purchase**

Perfect gift from Santa! Can't wait to set this up for my boys to find by the Christmas tree! I also bought the Melissa and Doug wooden blocks to go with it and they match perfect!



3 people found this helpful

( Helpful )    Report

YC

**Splinters in my kids finger!**

Reviewed in the United States on March 26, 2018
**Verified Purchase**

One of my kids complained while playing with this set that she got splinters in her finger and it hurt badly. I observed the wooden rails and found this one - really roughly cut edge to a point I can believe this one was defective and slip through quality assurance check? It was after refund window so a loss to us - now I won't let my kids to use this piece which means the rail will not be complete. Dissapointed in its quality and safety.



( Helpful )    Report

Jordan

**Great train set, excellent value**

Reviewed in the United States on March 27, 2018
**Verified Purchase**

I shopped around a lot for a train set for my toddler's second bday. I wanted something fun that wouldn't break the bank. I really like this one. It was cheaper than most comparable items, and I love that the figure 8 has a bridge when most others are just entirely flat. My dog even chewed part of the track and the train still rolls over it fine. I wish the train had a little more detail than just solid colors for each piece, but overall I love the set. The accessory pieces are cute as well, but some are more simple and have less detail than I saw in other sets.

( Helpful )    Report

Donna O

**Great for Imaginative Play**

Reviewed in the United States on February 26, 2018
**Verified Purchase**

My 2 year old grandson loves this train set. He loves it so much that his mom bought the train table and train set for Christmas.

( Helpful )    Report

Juice

**Great Train Set**

Reviewed in the United States on July 30, 2017

Verified Purchase

Perfect starter track. Easily put together. Good quality. My 3 year old son loves it.

2 people found this helpful

Helpful          Report

Erick

**good quality for the price**

Reviewed in the United States on April 6, 2018

Verified Purchase

Good quality and I was very impressed. My 3 year old loves it.

Helpful          Report

Laura Rice

**Comes with the accessories**

Reviewed in the United States on October 27, 2017

Verified Purchase

Super cute! Actually comes with the buildings, trees, and signs shown in the picture.

One person found this helpful

Helpful          Report

**See more reviews ›**

Sponsored

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Refurbished tech<br>you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates