**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PUSHPEEL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:25-cv-01957-MRH |
| | ) | |
| SCHEDULE A DEFENDANTS, | ) | Honorable Mark R. Hornak |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## PROPOSED ORDER DENYING PLAINTIFF'S MOTION FOR A

## PRELIMINARY INJUNCTION

Upon consideration of Plaintiff Pushpeel LLC's Motion for a Preliminary Injunction, the

Supplemental Brief of Certain Defendants in Opposition, and the evidence and arguments

presented by the parties, the Court finds that Plaintiff has failed to establish a likelihood of

success on the merits of its infringement claims and has failed to demonstrate that the asserted

patent is likely to withstand challenges to its validity.

IT IS HEREBY ORDERED that:

1.  Plaintiff's Motion for a Preliminary Injunction is DENIED.

2.  The Temporary Restraining Order previously entered in this matter is DISSOLVED as to

    the Defendants represented by Valley & Summit Law (specifically including Defendant

    Numbers 6, 16, 21, 22, 24, 27, 32, 33, 36, 37, 41, 42, 46, 64, 65, 70, 81, 84, 199, 203, 205,

    211, and 223).

3. Any restraints on the financial accounts or storefronts of the aforementioned Defendants are lifted immediately.

IT IS SO ORDERED on this ___ day of April, 2026.

_____
Hon. Mark R. Hornak
United States District Court Judge