IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| PUSHPEEL LLC, | | Civil Action No. 25-cv-1957 |
| Plaintiff, | | Judge Hornak |
| v. | | |
| THE LOYAL WINDOW, *et al*., | | **<u>FILED UNDER SEAL</u>** |
| Defendants. | | |

## MOTION FOR PRELIMINARY INJUNCTION

In connection with this Court's April 6, 2026, Temporary Restraining Order, Plaintiff now move this Court for an Order granting the Motion for a Preliminary Injunction against the Defendants identified on **Schedule "A"** to the Complaint and attached hereto (collectively, the "Defendants"). The legal support for this motion is contained in the Memorandum of Law. The evidence supporting this motion is contained in the Declarations of Sayer Murphy , Stanley D. Ference III, and Dee Odell, and the exhibits attached thereto. A proposed Order affirmatively granting the relief sought herein is filed herewith.

/

/

/

/

/

/

/

Respectfully submitted,

Dated: April 24, 2026

/s/ Stanley D. Ference III

Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff