IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PUSHPEEL LLC,

Plaintiff,

v.

THE LOYAL WINDOW, *et al.*,

Defendants.

Civil Action No. 25-cv-1957

(Judge Hornak)

**CERTIFICATE OF SERVICE FOR: (1) TEMPORARY RESTRAINING ORDER, AND (2) NOTICE OF SHOW CAUSE HEARING**

I, Stanley D. Ference III, hereby certify as follows:

1.      I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2.      I am an attorney with the law firm of Ference & Associates LLC, which is located at 409 Broad Street, Pittsburgh, Pennsylvania 15143.

3.      I am an attorney for the Plaintiff in the above-captioned case.

4.      As of April 6, 2026, the Summons, Complaint, Temporary Restraining Order, Notice of Show Cause Hearing, and all the filings in this matter ("all papers of record") were posted on Plaintiff's designated website on www.ferencelawsuit.com in compliance with the Court's Order dated April 6, 2026 [DE 22].

5.  On April 17, 2026, Plaintiff served a true and accurate copy of "all papers of record" on all the Defendants via Defendants' e-mail address provided by Amazon.com, AliExpress.com, eBay.com, Walmart.com, and Wish.com, by notifying all Defendants that all documents filed in the case can be found posted on Plaintiff's designated website on [www.ferencelawsuit.com](http://www.ferencelawsuit.com) in compliance with the Court's Order dated April 6, 2026 [DE 22].

Executed this 29th of April, 2026, at Pittsburgh, Pennsylvania.

/s/Stanley D. Ference III
Stanley D. Ference III
