IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PUSHPEEL LLC,

              Plaintiff,

          v.

SCHEDULE A DEFENDANTS,

              Defendants.

Case No. 25-cv-1957

(Judge Hornak)

## ORDER OF COURT

AND NOW, this 12th day of March, 2026, IT IS HEREBY ORDERED that the temporary restraining order is extended through **June 5, 2026** as to the following defendants ("Responding Defendants"):

| No. | Defendant |
|-----|-----------|
| 6 | ASON-US |
| 16 | CHENYANLAN-US |
| 21 | DLRbest |
| 22 | DoDoMagXanadu |
| 24 | Dzy Mall |
| 27 | FUNSENLY |
| 32 | HELLO PAPAYA-US |
| 33 | Helsort Direct |
| 36 | Hotmaiway |
| 41 | Keculf shop |
| 42 | KIDHABE |
| 46 | Kunzen |
| 61 | Panda SmartBuy |
| 64 | PLUVOGE |
| 65 | PRLUNVS |
| 70 | RIOSTY |
| 81 | Tianyoukeji |
| 84 | veeuedoi |
| 199 | OTTOYS |
| 203 | SportsOutdoor |

| No. | Defendant |
|-----|-----------|
| 205 | TWShop |
| 223 | ToyNexus |

IT IS FURTHER ORDERED that Plaintiff and Responding Defendants are directed to file a notice with the Court on or before **May 26, 2026,** advising the Court whether this matter has been resolved or requesting Court determination.

IT IS FINALLY ORDERED that, if necessary, any reply papers that Plaintiff may desire to submit should be filed with the Court on or before **May 29, 2026.**

BY THE COURT:

MARK R. HORNAK
UNITED STATES DISTRICT JUDGE