# EXHIBIT 1

# Seller Display Name

# XiQiCYun

# Seller ID

# A131WVLGBE5YPX




## Customers who viewed this item also viewed



ODOXIA Calm Down Corner | Classroom and Special Education Must Haves | Calming Corner Items for Kids | Calming Corner Kit with
4.6 67
$74.99



Learning Resources Cool Down Cubes Sensory Fidget Set, Fine Motor Skills, Toys for Toddlers, Gifts for Boys and Girls, Ages 4+,5 Pieces
4.6 512
$13.59



hand2mind Mindful Maze Boards, Tactile Sensory Toys for Toddlers, Anxiety Relief Calm Down Corner Supplies, Emotional
4.7 1,235
$14.80 ($4.93/count)

Office Products › Office & School Supplies › Education & Crafts › Special Education Supplies



2+




Click to see full view

**Ask Rufus**

What materials is this made of? | Can it be used in classrooms? | Does it include a guide? | Ask something else

# 7-Piece Calm Down Corner Supplies for Kids | Anxiety Relief Tools Kit| Interactive Emotional Support Regulation Items, Fidgets for Kids, Versatile Therapy Sensory Toys for Classroom and Home

Brand: XiQiCYun

4.7 (9) | Search this page

No better price found

$23.99

Price history

FREE Returns

Shopping for work? Save 35% up to $100 on your Amazon Business orders. Sign up for a free business account.

Thank you for being a Prime Member. **Pay ~~$23.99~~ $0.00 for this order**; get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more

- Create a Complete Calm Down Corner at Home or School: This all-in-one set includes essential calm down corner supplies to help children regulate emotions and regain inner balance. Whether you're setting up a calming corner in a classroom, therapy room, or home, these tools promote emotional support and anxiety relief. Perfect for kids with autism, ADHD, or sensory challenges.
- 7 Therapist-Approved Calming Corner Must-Haves: Includes 60 Coping Skills Cards, Sensory Activity Board, Rainbow Interlocking Spheres, 2 Stretchy String Fidgets, Sensory Mats, and a fun How Do You Feel Sticker Set. These calming corner items offer visual, tactile, and expressive strategies to support emotional regulation for children of all ages.
- Support Emotional Growth Through Sensory Play: Our emotional regulation tools for kids encourage thoughtful reflection and healthy coping skills. The coping cards promote empathy and self-awareness, while the emoji sticker set boosts emotional literacy. Ideal for therapists, educators, and parents building SEL (Social Emotional Learning) habits.
- Interactive Sensory Tools for Focus and Stress Relief: Tactile-rich items like the sensory board, stretchy strings, rainbow spheres, and sensory mats help kids stay focused and calm during overwhelming moments. These fidget-friendly tools are classroom favorites and must-haves for cozy corners or home calm down kits. Not for children under 3 years.
- Trusted by Teachers, Loved by Kids, Backed by Research: Highly recommended by school counselors and occupational therapists, this kit helps children better express emotions and reduce stress. Durable and portable, it's a great addition to any calm down corner, sensory room, or therapy space at school or home.

› See more product details

Report an issue with this product or seller

Sponsored

$23.99

FREE delivery **Wednesday, December 10**. Order within 9 hrs 8 mins

Deliver to - Sewickley 15143

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | XiQiCYun |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

See more

Add to List

Sponsored

## Based on your recent views

Sponsored


Lion


What's in the Box?
60 Coping Skills Cards
Rainbow Interlocking Spheres
Sensory Activity Board
2 Stretchy String Fidgets
Sensory Mats
How do you Feel Sticker


DISCOVER HOW CALM DOWN CORNER CAN TRANSFORM YOUR CHILD'S LIFE!
Make any space a calming retreat where kids can relax, reflect, and find their inner balance.


Building Coping Skills


Cognitive & Stimulative Toys
Encourages Kids to Use Their Creativity and Imagination


Transformable Puzzle Ball
Stimulates Imagination
Exercises Eye-Hand Coordination


Sensory Mats for Autistic Children
Help Your Child Unwind and Relax
Tactile Stimulation
Develops Fine Motor Skills
Relieves Anxiety
Supports Sensory Development


Help Children Understand Emotions
How do you Feel Sticker
Social-Emotional Learning Made Easy

# XiQiCYun

Visit the XiQiCYun storefront

★★★★★ | **100% positive** lifetime (9 total ratings)



**7-Piece Calm Down Corner Suppl...**

$23.99

Add to Cart

## About Seller

XiQiCYun is committed to providing each customer with the highest standard of customer service.

**Have a question for XiQiCYun?**

Ask a question

## Reviews

★★★★★ 4.9 out of 5

9 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 89% |
| 4 star | | 11% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

9 total ratings, 9 with feedback for Lifetime

★☆☆☆☆ "~~Received a random bag, nothing that was described or shown. Waiting for a new item...hopefully better~~"

By Claudia Crigamire on December 15, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★☆ "It's a gift so we haven't used it yet. The box and items look as expected."

By Kim on December 5, 2025.

★★★★★ "Great gift item. Everything is as pictured as described."

By OstaraRising on December 1, 2025.

★★★★★ "Thanks"

By Charlee, The (Mostly) Happy Shopper on October 10, 2025.

★★★★★ "Perfect. As described. Just the gift I needed."

By Melvin on September 17, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** guang zhou xin rong yun ke ji you xian gong si
**Business Address:**
白云区松南路7号门之二，7号之三
201-A27房
广州市
广东
510080
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Deliver to Sewickley 15143 | XiQiCYun | Search Amazon | EN | [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Holiday Gifts | Amazon Haul | Medical Care | Books | Amazon Basics | Today's Deals | Pharmacy | Customer Service

1-16 of 17 results | Sort by: Featured

**Delivery**
All Prime

**Department**
Home & Kitchen
Industrial & Scientific

**Customer Reviews**
& Up

**Deals & Discounts**
All Discounts

**Condition**
New

**International Shipping**
International Shipping Eligible

**Availability**
Include Out of Stock

Sponsored

## Results

Check each product page for other buying options.



Mushroom Iced Coffee Glasses with Bamboo Lids and Straw, Cute Mushroom Drinking Beer Can Shaped Cup,...
4.7 (398)
200+ bought in past month
$16.99
FREE delivery **Wed, Dec 10**
Add to cart




Christmas Gifts for Women Men, Funny Green Monster Iced Coffee Glass Cup with Lid and Straw, Xmas Tote Ba...
5.0 (4)
100+ bought in past month
$23.99
FREE delivery **Wed, Dec 10**
Add to cart




Plant Lover Gifts for Women, Cool Gardening Gifts for Plant Lady Mom, Funny Succulent Cactus Iced Coffee Gl...
5.0 (5)
100+ bought in past month
Save 27%
$18.99 List: ~~$25.99~~
Lowest price in 30 days
FREE delivery **Wed, Dec 10**
Add to cart




Chicken Lover Gifts for Women, Funny Crazy Chicken Lady Accessories, 16oz Iced Coffee Glass Cup with Lid and...
4.8 (9)
50+ bought in past month
$24.99
FREE delivery **Wed, Dec 10**
Add to cart



Highland Cow Gifts for Women, Western Decor, Scottish Mini Cow Print Stuff, 16oz Iced Coffee Glass Cup with Li...

# Secure checkout

**Delivering t [redacted] XiQiCYun**
409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Change

Add delivery instructions

FREE pickup available nearby

[redacted]

Change

Use a gift card, voucher, or promo code

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $23.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $1.44 |
| **Order total:** | **$25.43** |

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.




**Get a $250 Amazon Gift Card instantly** upon approval for Prime Visa.
No annual fee

Learn more

Choose No-Rush delivery to get a **$1.00 digital reward**

## Arriving Dec 8, 2025

If you order in the next 9 hours and 4 minutes



7-Piece Calm Down Corner Supplies for Kids | Anxiety Relief Tools Kit| Interactive Emotional Support Regulation Items, Fidgets for Kids, Versatile Therapy Sensory Toys for Classroom and Home
**$23.99**
& FREE Returns
Ships from Amazon.com
Sold by XiQiCYun

Disclaimers

1

Add gift options

**Fastest** Monday, Dec 8 FREE

**No-Rush** Monday, Dec 15 FREE
Get a $1 reward for select digital purchases. One reward per purchase. Terms

S No better price found

Deliver to
Sewickley 15143
All Search Amazon
EN [redacted] Account & Lists Returns & Orders 0
All Rufus Holiday Gifts Amazon Haul Medical Care Books
03 : 34 : 02

Your Account › Your Orders › Order Details

# Order Details

Order placed December 5, 2025 Order # 112-4236714-1097812

View invoice

**Ship to**
[redacted] XiQiCYun
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States
Change shipping address

**Payment method**
[redacted]
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $23.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $23.99 |
| Estimated tax to be collected: | $1.44 |
| **Grand Total:** | **$25.43** |

## Arriving Monday



7-Piece Calm Down Corner Supplies for Kids | Anxiety Relief Tools Kit| Interactive Emotional Support Regulation Items, Fidgets for Kids, Versatile Therapy Sensory Toys for Classroom and Home
Sold by: XiQiCYun
Supplied by: Other
$23.99
Buy it again

Track package
Cancel items
Ask Product Question
Write a product review
Change Payment Method


**Buy it again** View All & Manage

Page 1 of 25




Scrub Daddy Sponge - Style Collection- Scratch-Free Scrubber for Dishe…
779
600+ viewed in past month
$21.20 ($7.07/count)
Get it as soon as **Saturday, Dec 13**
Purchased Mar 2025




BIOptimizers Magnesium Breakthrough Supplement with 500m…
15,002
70K+ viewed in past month
$22.00 ($0.73/count)
FREE Delivery **Wednesday, Dec 10**
Purchased Jan 2025




Scrub Daddy 8 Sponge Set, Colors, Scratch-Free Sponges for Dishes &…
215
300+ viewed in past month
-9% $28.99 ($3.62/count)
List: ~~$32.00~~
FREE Delivery **Wednesday, Dec 10**
Purchased Mar 2025




Outlet Extender Stick - Features 2 USB-A, USB-C and 2 AC Outlets, Adjustable Disassembly…
30
-17% $49.99
List Price: ~~$59.99~~
FREE Delivery **Wednesday, Dec 10**
Purchased Nov 2025

**Discover more**