**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PUSHPEEL LLC | | |
| | Plaintiff, | |
| v. | | Case No. 25-cv-1957 |
| THE LOYAL WINDOW, *et al.,* | | |
| | Defendants | |

**DEFENDANTS HAPATOYS' AND RONXN APOSTLE'S COUNSEL'S MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Civil Rule 83.2(C)(4) of the United States District Court for the Western District of Pennsylvania, the undersigned counsel, Longhao Wang of LW Legal LLC, respectfully moves this Court for leave to withdraw his appearance as counsel of record for Defendant HAPATOYS and Defendant RonXn Apostle (together, the "Moving Defendants") in the above-captioned action. In support of this Motion, the undersigned states as follows:

1. The undersigned, Longhao Wang of LW Legal LLC, entered an appearance in this action on behalf of Defendant HAPATOYS and Defendant RonXn Apostle [DE 31].

2. Each of the Moving Defendants has discharged the undersigned and terminated the attorney-client relationship. See Exhibit A for Moving Defendants' signature approving withdraw. Continued representation of the Moving Defendants by the undersigned is therefore no longer possible.

3. The undersigned's withdrawal will not cause undue delay or prejudice to any party. No trial date has been set. The Moving Defendants have been advised of this deadline and of the consequences of failing to appear or respond.

4.  No successor counsel has entered an appearance for either Moving Defendant, and the identity of any succeeding attorney is not presently known to the undersigned. Accordingly, pursuant to W.D. Pa. LCvR 83.2(C)(4), the names, addresses, and telephone numbers of the Moving Defendants and the signature of each Moving Defendant approving withdrawal are set forth in Exhibit A of this Motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an order granting leave to withdraw the appearance of Longhao Wang of LW Legal LLC as counsel of record for Defendant HAPATOYS and Defendant RonXn Apostle in this action.

Dated: May 29, 2026

Respectfully Submitted,

/s/ Longhao Wang
Longhao Wang
(IL Bar No. 6316761
LW Legal LLC
150 S. Wacker Suite 2400
Chicago, IL 60606
(718) 200-9474
lwang@lwlegalfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I caused the foregoing Motion to Withdraw Appearance to be filed with the Clerk of Court for the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that a copy of the foregoing was served on Defendant HAPATOYS and Defendant RonXn Apostle by electronic mail.

Dated: May 29, 2026

/s/ Longhao Wang
Longhao Wang