**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

PUSHPEEL LLC

                                    Plaintiff,

                    v.                                    Case No. 25-cv-1957

THE LOYAL WINDOW, *et al.,*

                                    Defendants

**DEFENDANT RONXN APOSTLE'S DISCHARGE OF COUNSEL AND CONSENT TO**
**COUNSEL'S WITHDRAWAL**

Pursuant to Local Civil Rule 83.2(C)(4) of the United States District Court for the

Western District of Pennsylvania, the undersigned, on behalf of Defendant RonXn Apostle,

hereby acknowledges and confirms the following:

1. RonXn Apostle has discharged Longhao Wang and LW Legal LLC as its counsel of

   record in the above-captioned action and has terminated the attorney-client relationship;

2. RonXn Apostle consents to and approves the withdrawal of appearance of Longhao Wang

   and LW Legal LLC as counsel of record in this action.

3. The names, addresses, and telephone numbers of RonXn Apostle are set forth as below:

   > Name: RonXn Apostle
   >
   > Address: Room B02, Building 447, Lianyu Shanshan Square, No. 23, Huangge
   >
   > Section of Panshong Road, Huangge Town, Nansha District, Guangzhou City
   >
   > Telephone: +86 13710369703
   >
   > Email: rongxinamz@163.com

4. RonXn Apostle acknowledges that, after counsel's withdrawal, RonXn Apostle will be

   responsible for retaining new counsel or appearing on its own behalf, and that the

deadline to answer or otherwise respond to the Complaint is currently May 29, 2026.

RonXn Apostle understands that failure to respond may result in default or other adverse

consequences. RonXn Apostle confirms that that it signs this approval voluntarily, free of

coercion or duress and that the approval of withdrawal is not contingent on the entry of

appearance of substitute counsel.

Date: _____2026.5.28_____

_____Wenhui Yang_____
Signature on behalf of Defendant RonXn Apostle
Printed Name: _____Wenhui Yang_____
Title: _____General Manager_____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

PUSHPEEL LLC

                                  Plaintiff,

                v.                                  Case No. 25-cv-1957

THE LOYAL WINDOW, *et al.,*

                                  Defendants

### DEFENDANT HAPATOYS'S DISCHARGE OF COUNSEL AND CONSENT TO COUNSEL'S WITHDRAWAL

Pursuant to Local Civil Rule 83.2(C)(4) of the United States District Court for the Western District of Pennsylvania, the undersigned, on behalf of Defendant HAPATOYS, hereby acknowledges and confirms the following:

1. HAPATOYS has discharged Longhao Wang and LW Legal LLC as its counsel of record in the above-captioned action and has terminated the attorney-client relationship;

2. HAPATOYS consents to and approves the withdrawal of appearance of Longhao Wang and LW Legal LLC as counsel of record in this action.

3. The names, addresses, and telephone numbers of HAPATOYS are set forth as below:

Name: HAPATOYS

Address: Room 302, Building C, Jiahe Zhihui Innovation Park, No.241 Huachang Road, Shuiwei Community, Dalang Subdistrict, Longhua District, Shenzhen, Guangdong Province, P.R.China

Telephone: +86 13714525621

Email: 13825272485@163.com

4. HAPATOYS acknowledges that, after counsel's withdrawal, HAPATOYS will be responsible for retaining new counsel or appearing on its own behalf, and that the deadline to answer or otherwise respond to the Complaint is currently May 29, 2026. HAPATOYS understands that failure to respond may result in default or other adverse consequences. HAPATOYS confirms that that it signs this approval voluntarily, free of coercion or duress and that the approval of withdrawal is not contingent on the entry of appearance of substitute counsel.

Date: _2026 5. 27_

_Meng DeLu_
Signature on behalf of Defendant HAPATOYS
Printed Name: _____ Meng delu _____
Title: _____