**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

PUSHPEEL LLC,
    Plaintiff,

    v.

THE LOYAL WINDOW, et al.,
    Defendants.

Case No. 2:25-cv-1957

**[PROPOSED] ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW
APPEARANCE**

AND NOW, this _____ day of _____, 2026, upon consideration of Defendants HAPATOYS' and RonXn Apostle's Counsel's Motion to Withdraw Appearance (the "Motion"), filed by Longhao Wang of LW Legal LLC pursuant to Local Civil Rule 83.2(C)(4), and good cause having been shown, IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Longhao Wang of LW Legal LLC is permitted to withdraw, and is hereby withdrawn, as counsel of record for Defendant HAPATOYS and Defendant RonXn Apostle in this action. The Clerk of Court is directed to remove Longhao Wang of LW Legal LLC as counsel of record for Defendant HAPATOYS and Defendant RonXn Apostle on the docket of this action.

Withdrawing counsel shall promptly serve a copy of this Order on Defendant HAPATOYS and Defendant RonXn Apostle by electronic mail and file proof of such service on the docket.

_____
The Mark R. Hornak
United States District Judge