IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PUSHPEEL LLC,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Case No. 25-cv-1957

(Judge Hornak)

## **ORDER OF COURT**

AND NOW, this __4th__ day of June, 2026, IT IS HEREBY ORDERED that the temporary restraining order is extended through June 19, 2026 as to the following Defendants Nos. 16, 21, 22, 24, 27, 32, 33, 36, 37, 41, 42, 46, 61, 64, 65, 70, 81, 84, 199, 203, 205, 211 and 223 ("Moving Defendants"):

IT IS FURTHER ORDERED that Plaintiff and Responding Defendants are directed to file a notice with the Court on or before June 19, 2026, advising the Court whether this matter has been resolved or requesting Court determination.

BY THE COURT:

s/ Mark R. Hornak
MARK R. HORNAK
UNITED STATES DISTRICT JUDGE