IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PUSHPEEL LLC,

                    Plaintiff,

v.

THE LOYAL WINDOW, *et al.,*

                    Defendants.

Civil Action No.

25-cv-1957

(Judge Mark R. Hornak)

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorneys, hereby gives notice of the voluntary dismissal without prejudice of all claims against Defendants LIELYHOD, RADBIZZ, CHILDHOOD DREAMINESS STORE, KITCHEN DINNING STORE, LETS MAKE HANDMADE STORE and LET'S MAKE MOTHER&BABY STORE with each party to bear its own attorney's fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

                              Respectfully submitted,

Dated: June 5, 2026                /s/ Stanley D. Ference III
                                   Stanley D. Ference III
                                   Pa. ID No. 59899
                                   courts@ferencelaw.com

- 2 -

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff