IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| PUSHPEEL LLC,<br><br>     Plaintiff,<br><br>v.<br><br><br>THE LOYAL WINDOW, *et al.,*<br><br>     Defendants. | Civil Action No.<br><br>25-cv-1957<br><br>(Judge Mark R. Hornak) |

**NOTICE OF VOLUNTARY DISMISSAL**


PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff,

through their undersigned attorneys, hereby gives notice of the voluntary dismissal without

prejudice of all claims against Defendants FHYISBLE-US, UDIHCH, ARTSEEA,

EMILY'S WHIMSICAL NIGHTMARE with each party to bear its own attorney's fees,

costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor

filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and

without a court order under Rule 41(a)(1)(A)(i).


         Respectfully submitted,


Dated: June 9, 2026      /s/ Stanley D. Ference III
           Stanley D. Ference III
           Pa. ID No. 59899
           courts@ferencelaw.com

- 2 -

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff