IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PUSHPEEL LLC,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Case No. 25-cv-1957

(Judge Hornak)

## **ORDER OF COURT**

AND NOW, this 21st day of June, 2026, IT IS HEREBY ORDERED that the temporary restraining order is extended through **July10, 2026** as to the following defendants ("Responding Defendants"):

| No. | Defendant |
|---|---|
| 6 | ASON-US |
| 16 | CHENYANLAN-US |
| 21 | DLRbest |
| 22 | DoDoMagXanadu |
| 24 | Dzy Mall |
| 27 | FUNSENLY |
| 32 | HELLO PAPAYA-US |
| 33 | Helsort Direct |
| 36 | Hotmaiway |
| 41 | Keculf shop |
| 42 | KIDHABE |
| 46 | Kunzen |
| 61 | Panda SmartBuy |
| 64 | PLUVOGE |
| 65 | PRLUNVS |
| 70 | RIOSTY |
| 81 | Tianyoukeji |
| 84 | veeuedoi |
| 199 | OTTOYS |
| 203 | SportsOutdoor |

| No. | Defendant |
|---|---|
| 205 | TWShop |
| 223 | ToyNexus |

IT IS FURTHER ORDERED that Plaintiff and Responding Defendants are directed to file a notice with the Court on or before **July 6, 2026**, advising the Court whether this matter has been resolved or requesting Court determination.

IT IS FINALLY ORDERED that, if necessary, any reply papers that Plaintiff may desire to submit should be filed with the Court on or before **July 6, 2026**.

BY THE COURT:

s/ Mark R. Hornak
MARK R. HORNAK
UNITED STATES DISTRICT JUDGE