IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PUSHPEEL LLC,

        Plaintiff,

        v.

THE LOYAL WINDOW, et al.,

        Defendants.

Case No. 25-cv-1957

(Judge Hornak)

**NOTICE OF NO SETTLEMENT WITH CERTAIN DEFENDANTS
AND REQUEST FOR COURT DETERMINATION**

Plaintiff Pushpeel LLC ("Pushpeel") hereby advises the Court that a settlement has not been reached with Defendant Nos. 16, 21, 22, 24, 27, 32, 33, 36, 37, 41, 42, 46, 61, 64, 65, 70, 81, 84, 199, 203, 205, 211 and 223 (the "Certain Defendants"). The temporary restraining order has been extended as to the Certain Defendants. Pushpeel requests Court determination of its motion for preliminary injunction as to the Certain Defendants.

The Certain Defendants filed an opposition to the preliminary injunction motion. (ECF No. 146.) Pushpeel has filed its reply in support of its motion for preliminary injunction, together with a proposed Order. (ECF No. 233.) This matter is now ripe for decision by the Court.

Respectfully submitted,

Dated: July 21, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff