**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYVANIA**

PUSHPEEL LLC,

          Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

          Defendants.

Case No. 2:25-cv-1957-MRH

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Honorable Mark R. Hornak

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 83.2(C)(4), Valley & Summit Law PC and undersigned counsel Marta Sylwia Rocha respectfully move for leave to withdraw as counsel of record for certain Defendants identified on Schedule A to the Complaint, specifically Defendant Nos. 6 (ASON-US), 16 (CHENYANLAN-US), 21 (DLRBEST), 22 (DODOMAGXANADU), 24 (DZY MALL), 27 (FUNSENLY), 32 (HELLO PAPAYA-US), 33 (HELSORT DIRECT), 36 (HOTMAIWAY), 37 (HUSUN), 41 (KECULF SHOP), 42 (KIDHABE), 46 (KUNZEN), 61 (PANDA SMARTBUY), 64 (PLUVOGE), 65 (PRLUNVS), 70 (RIOSTY), 81 (TIANYOUKEJI), 84 (VEEUEDOI), 199 (OTTOYS), 203 (SPORTSOUTDOOR), 205 (TWSHOP), 211 (DODOMAGXANADU), and 223 (TOYNEXUS) (collectively, " Certain Defendants"), and to be relieved of all further responsibilities in this case on behalf of Certain Defendants.

Certain Defendants have retained Zhihui (Julie) Guo of JS Law as successor counsel in this action. Ms. Guo filed a Motion to Appear Pro Hac Vice on July 1, 2026, which the Court granted on the same date. See ECF Nos. 206 and 207. Ms. Guo has entered an appearance on

behalf of Certain Defendants and has already actively represented them in this action, including by filing the Motion for Temporary Restraining Order Dissolution and Motion for Preliminary Injunction Vacation at ECF No. 210. Successor counsel's contact information is as follows: Zhihui (Julie) Guo, JS Law, 200 East 36th Street, Suite 16A, New York, NY 10016, Tel: (917) 250-7787, E-Mail: jslawusa@gmail.com.

On July 14, 2026, Valley & Summit Law PC provided written notice to Certain Defendants of its intent to seek leave to withdraw as counsel in this action.

This motion is made in good faith and not for purposes of delay. Counsel will promptly transfer any remaining case materials to successor counsel and will cooperate in completing the transition of representation.

Withdrawal will not unduly delay this case or prejudice any party because Certain Defendants are already represented by successor counsel, who has entered an appearance and is actively participating in this action on their behalf.

Accordingly, Valley & Summit Law PC and undersigned counsel Marta Sylwia Rocha respectfully request that the Court grant this motion and enter the proposed order submitted herewith.

Dated: July 22, 2026

/s/ Marta Sylwia Rocha
Marta Sylwia Rocha
Valley & Summit Law, PC
One Park Plaza, Suite 600
Irvine, CA 92614
909-248-4522
Marta.rocha@valleysummitlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2026, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will send notice of such filing to all registered counsel

of record.


Dated: July 22, 2026

<div style="margin-left:50%">

/s/ Marta Sylwia Rocha
Marta Sylwia Rocha
Valley & Summit Law, PC
One Park Plaza, Suite 600
Irvine, CA 92614
909-248-4522
Marta.rocha@valleysummitlaw.com

</div>