IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PUSHPEEL INC., | Civil Action No. 25-cv-1957 |
| Plaintiff, | |
| v. | (Judge Hornak) |
| THE LOYAL WINDOW, *et al.*, | |
| Defendants. | |

**CERTIFICATE OF SERVICE FOR: SCHEDULING ORDER ECF [231]**

I, Stanley D. Ference III, hereby certify as follows:

1.      I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2.      I am an attorney with the law firm of Ference & Associates LLC, which is located at 409 Broad Street, Pittsburgh, Pennsylvania 15143.

3.      I am an attorney for the Plaintiff in the above-captioned case.

4.      As of July 21, 2026, the Scheduling Order ECF [231] and all the filings in this matter ("all papers of record") were posted on Plaintiff's designated website on www.ferencelawsuit.com in compliance with the Court's Order dated April 6, 2026 [DE 22].

5.      On July 21, 2026, Plaintiff served a true and accurate copy of "all papers of record" on all the Defendants via Defendants' e-mail address provided by the corresponding platforms to all Defendants that all documents filed in the case can be found posted on Plaintiff's designated

- 2 -

website on www.ferencelawsuit.com in compliance with the Court's Order dated April 6, 2026

[DE 22].

Executed this 23rd of July, 2026, at Pittsburgh, Pennsylvania.


/s/Stanley D. Ference III
Stanley D. Ference III