**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PUSHPEEL LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | )    2:25-cv-01957 |
| v. | ) |
| | ) |
| SCHEDULE A DEFENDANTS, | ) |
| | ) |
| Defendants. | ) |

Hearing Type:   Video Status Conference (Zoom)
Date:   July 23, 2026
Present:   Judge Mark R. Hornak

| | |
|---|---|
| Counsel for Plaintiff | Stanley Ference |
| Counsel for Defendant | Robert Dewitty for Defendant #71.<br><br>John Tran for Defendant #44<br><br>Julie Guo for Defendants #6, #16, #19, #21, #22, #24, #27, #32, #33, #36, #37, #41, #42, #46, #61, #64, #65, #70, #81, #199, #203, #205, #211, #223. |
| Court Reporter | Amanda Williamson |
| Law Clerk | Lainey A. Newman |
| Start time | 3:38 PM |
| End time | 4:25 PM |

**SUMMARY OF PROCEEDINGS:**

The Court held this video status conference to discuss the current status of this civil action and the Court's Show Cause Order at ECF No. 232. The Court also inquired about the amount of assets still frozen and asked the parties about their positions regarding joinder of Defendants. Appropriate Orders will issue.