IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PUSHPEEL LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE LOYAL WINDOW, et al.,<br><br>Defendants. | Case No. 25-cv-1957<br><br>(Judge Hornak) |

**CONSENT MOTION TO MODIFY ASSET RESTRAINT**
**AS TO DEFENDANT NO. 44 (KNOW WHITE)**

Counsel for Plaintiff Pushpeel LLC ("Pushpeel") and counsel for Defendant No. 44 (Know White) have agreed that the amount of funds restrained by Amazon should not exceed $20,000 (twenty-thousand) dollars. Accordingly, Plaintiff hereby moves for an order modifying the asset restraint which limits the asset restraint to no more than $20,000.00 (twenty-thousand) dollars for Defendant No. 44 (Know White) and directing Amazon to make any funds over that amount available for distribution to this Defendant.

The frozen funds would continue remain in Amazon's possession and be available for distribution to the prevailing party. Thus, there is no risk of loss of the funds and no need for adjustment to the bond.

A proposed Order granting this motion is submitted herewith.

[SIGNATURE APPEARS ON FOLLOWING PAGE]

Respectfully submitted,

Dated: August 27, 2026

/s/ Stanley D. Ference III

Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff