IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PUSHPEEL LLC,<br><br>Plaintiff,<br><br>v. | Case No. 25-cv-1957<br><br>(Judge Hornak) |

THE LOYAL WINDOW, et al.,

Defendants.

**ORDER GRANTING CONSENT MOTION TO MODIFY ASSET RESTRAINT AS TO DEFENDANT NO. 44 (KNOW WHITE)**

It is hereby ordered that Amazon shall maintain a total restraint of no more than twenty-thousand ($20,000.00) dollars of funds in the account of the following Defendant: Defendant No. 44 (Know White). Any other funds in the accounts of Defendant No. 44 (Know White) shall be released. The restraint on the accounts of Defendant No. 44 (Know White) (no more than Twenty Thousand Dollars ($20,000.00)) shall remain in place until further Order of Court.

Dated: August ___, 2026

_________________________________________
MARK R. HORNAK
UNITED STATES DISTRICT JUDGE