IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PUSHPEEL LLC,<br><br>Plaintiff,<br>v.<br><br>THE LOYAL WINDOW, et al.,<br><br>Defendants. | Civil Action No. 25-cv-1957<br><br>(Judge Hornak) |

**JOINT STATUS REPORT**

Counsel for Plaintiff Pushpeel LLC ("Pushpeel") and counsel for Def. No. 71 (RonXn Apostle) submit this joint status report. Counsel are conferring and continue to make progress resolving the matter, although no settlement has yet been reached. Counsel will submit a further joint status report in fourteen days.

Respectfully submitted,


/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff

/s/ Robert M. DeWitty
Robert M. DeWitty, Esq.
Bar no.: 006210112

D&A|RM DeWitty, U.S. Pat. Atty., LLC
1500 K Street, 2nd Fl., RM213
Washington, DC 20005

141 W. Jackson Blvd., Ste 4216
Chicago, IL 60604
Tel: 202-571-7070 / 202 888-4309
Email: rmdewitty@dewittyip.com

Attorney for Defendant 71 (RonXn Apostle)


Dated: September 14, 2026